# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:02CR4-6

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| WILBERT NEIL NORRIS ) | |

**THIS MATTER** is before the Court *sua sponte* to amend the Judgment in a Criminal Case for Revocation of Probation or Supervised Release, filed July 13, 2006.

The Court ordered the Defendant to participate in the Jail Based Treatment Program in Gaston County or McDowell County. Because the Defendant is on supervised release and not otherwise incarcerated in either of the jail facilities of those counties, that treatment program is unavailable to him. Therefore, the Court will direct the Clerk to prepare an amended judgment striking that requirement of the conditions of supervision and amend the conditions to require the Defendant to

participate in a drug treatment program as recommended by his supervising probation officer.

**IT IS, THEREFORE, ORDERED** that the Clerk prepare an amended judgment as outlined herein.

Signed: July 25, 2006

Lacy H. Thornburg
United States District Judge